# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN ROSENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>                                                Plaintiff,<br><br>vs.<br><br>FOOT LOCKER, INC., RICHARD A. JOHNSON and LAUREN B. PETERS,<br><br>                                                Defendants | Case No. 2:18-cv-01782 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Rosenberg v. Foot Locker, Inc. et al*, 2:18-cv-01782, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Brian Rosenberg hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: May 2, 2018

                                                Respectfully submitted,

                                                **POMERANTZ LLP**

                                                By: */s/ Jeremy A. Lieberman*
                                                Jeremy A. Lieberman
                                                600 Third Avenue, 20th Floor
                                                New York, NY 10016
                                                Telephone: (212) 661-1100
                                                Facsimile: (212) 661-8665
                                                Email: jalieberman@pomlaw.com

                                                ***Attorneys for Plaintiff***