UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN ROSENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>FOOT LOCKER, INC., RICHARD A. JOHNSON and LAUREN B. PETERS,<br><br>            Defendants | Case No. 2:18-cv-01782<br><br>**FILED**<br>**CLERK**<br>5/3/2018 10:30 am<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

  WHEREAS, no defendant in the above-captioned action, *Rosenberg v. Foot Locker, Inc. et al*, 2:18-cv-01782, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Brian Rosenberg hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: May 2, 2018

                Respectfully submitted,

Case closed.
SO ORDERED.
/s/ Joan M. Azrack, USDJ  5/3/2016

                **POMERANTZ LLP**

                By: */s/ Jeremy A. Lieberman*
                Jeremy A. Lieberman
                600 Third Avenue, 20th Floor
                New York, NY 10016
                Telephone: (212) 661-1100
                Facsimile: (212) 661-8665
                Email: jalieberman@pomlaw.com

                *Attorneys for Plaintiff*